**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DORA WATTS,**
     **Plaintiff,**

**vs.**                          **CASE NO.: 3:06cv282/RV/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
     **Defendant.**
_____

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 12, 2007.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

     Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The defendant's motion to remand (doc. 13) is GRANTED and the Commissioner's decision denying benefits is REVERSED.

     3.     The defendant shall direct the Administrative Law Judge to properly consider plaintiff's mental impairment as required by 20 C.F.R. § 404.1520a; to

properly determine whether plaintiff's mental impairment is equivalent to any listed impairment, especially 20 C.F.R. pt. 404, subpt. P, app. 1 § 12.05C; and if necessary, to reformulate plaintiff's residual functional capacity.

4.      The clerk is ordered to enter judgment for plaintiff and close the file.


DONE AND ORDERED this 12th day of February, 2007.




/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE