**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DORA J. WATTS,**
    **Plaintiff,**

**v.**                                              **3:06cv282/RV/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**
_____

**ORDER**

        **This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 16, 2007.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

        **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

        **Accordingly, it is now ORDERED as follows:**

        **1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

**2.      The plaintiff's application for attorney fees (doc. 17) is granted as set forth below.**

**3.      The Plaintiff is entitled to recover a reasonable attorney's fee for her attorney's services in representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees under the EAJA in the amount of $1,975.00 are reasonable and the Commissioner is directed to pay that amount to the Plaintiff.**

**DONE AND ORDERED this 15th day of June, 2007.**

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**