# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DORA J. WATTS,**
    **Plaintiff,**

v.                                              **3:06cv282/RV/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**
_____

## ORDER

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 21, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The plaintiff's petition for attorney fees (doc. 22) is granted.

      3.    The commissioner shall disburse the sum of $5,249.85 to plaintiff's counsel, Byron A. Lassiter, Esq., as reasonable attorney fees under Title 42 U.S.C. § 406(b).

**4.** Plaintiff's counsel shall refund to plaintiff the $1,975.00 previously awarded him by this court under the EAJA.

**DONE AND ORDERED this 19th day of August, 2008.**

                                                */s/* *Roger Vinson*
                                                **ROGER VINSON**
                                                **SENIOR UNITED STATES JUDGE**